# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EZELL JOHNSON, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 3:13-2052 |
| WARDEN D. SAUERS, et al., | : (Judge Mannion) |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's letter, dated November 12, 2012, (Doc. No. 14), is construed as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(I).

2. Plaintiff's motion is **GRANTED** without prejudice.

3. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: November 18, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-2052-01-ORDER.wpd